**708**  CASES REPORTED WITH BRIEF SYLLABI.

DeForest Radio Telephone and Telegraph Company v. Radio Stores Corporation.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DeForest Radio Telephone and Telegraph Company v. Radio Stores Corporation.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DeForest Radio Telephone and Telegraph Company v. Triangle Radio Supply Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DeForest Radio Telephone and Telegraph Company v. Triangle Radio Supply Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Anna Mary Angresani v. James Tozzi.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before March 2, 1926.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Gerseta Corporation v. The Equitable Trust Company of New York, Impleaded with The Raw Silk Trading Company and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Plant Manufacturing Corporation v. Henry Renner and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

George A. Evalenko v. Robert M. Catts.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Harris B. McKenzie v. Wappler Electric Co., Inc., and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Henry W. McMaster and Others v. George J. Gould, Impleaded, etc.— Motion denied.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Wilmer E. Shoemaker v. Realty Managers, Inc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The Interstate Land Holding Company v. Hyman J. Levy.  The Interstate Land Holding Company v. Emanuel Kohn.  The Interstate Land Holding Company v. Samuel Uris.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

James D. Gabler v. Isaac Goldmann Company.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sam Ehrlich v. Jack Mills, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louise E. Parker, an Infant, etc., v. Nicholas Lisanti, Impleaded with Colt, Stewart Co., Inc.  Elsie Del Grosso, an Infant, etc., v. Nicholas Lisanti, Impleaded with Colt, Stewart Co., Inc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Domenica Dhembi, as Administratrix, etc., v. George Levison and Others, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.